IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>WYATT METOYER,<br><br>　　　　　　　Defendant. | 8:16CR211<br><br>ORDER |

　　　Defendant Wyatt Metoyer appeared before the court on Monday, April 10, 2017 on an Amended Petition for Warrant for Offender Under Supervision [37]. The defendant was represented by Assistant Federal Public Defender Kelly M. Steenbock, and the United States was represented by Assistant U.S. Attorney Kimberly C. Bunjer. Defendant waived his right to a preliminary examination. The government moved for detention, and a detention hearing was held. The government's motion for detention is denied, therefore, the defendant will be released on current conditions of supervision.

　　　I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Judge Rossiter.

　　　**IT IS ORDERED:**

　　　1.　A final dispositional hearing will be held before Judge Robert F. Rossiter, Jr. in Courtroom No. 4, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on April 21, 2017 at 10:30 a.m. Defendant must be present in person.

　　　2.　The defendant is to be released on current conditions of supervision.

　　　Dated this 10th day of April, 2017.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　s/ F.A. Gossett, III
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge